**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Nicholas James QUEEN, Defendant–
Appellant.**

No. 14–6293.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 17, 2014.

Decided: June 19, 2014.

Nicholas James Queen, Sr., Appellant Pro Se. Paul Michael Cunningham, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicholas James Queen, Sr., appeals the district court's order denying his motions for new trial, to amend, for reconsideration of the court's January 28, 2013, order, and for relief from the court's May 8, 1997, order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Queen*, No. 1:93–cr–00366–WMN–1 (D.Md. Feb. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*